■ In the Matter of STANLEY M. SIEDE (Also Known as STANLEY SEIDE), a Disbarred Attorney, for Reinstatement. [668 NYS2d 348] —Application granted only insofar as to refer this matter back to the Departmental Disciplinary Committee for a hearing pursuant to 22 NYCRR 603.14 (g), where petitioner will have the burden of establishing by clear and convincing evidence that he has fully complied with the order of disbarment and that he possesses the requisite character and general fitness to resume the practice of law, as indicated. No opinion. Concur—Murphy, P. J., Ellerin, Nardelli, Rubin and Mazzarelli, JJ.

■ In the Matter of HARRY J. GREENBAUM, a Suspended Attorney. [668 NYS2d 348] —Application for reinstatement granted only to the extent of referring this matter back to the Departmental Disciplinary Committee for a hearing, where petitioner will have the burden of establishing by clear and convincing evidence that he fully complied with the order of suspension and that he possesses the requisite character and general fitness to resume the practice of law, and that he otherwise meets the standards for reinstatement set out in Rules of this Court (22 NYCRR) § 603.14 (b). No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Williams and Andrias, JJ.